# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

CAYTRANS BBC, LLC      *
      *     **JUDGE**
    *Plaintiff*       *
      *     **MAG. JUDGE**
**VERSUS**        *
      *     **CIVIL ACTION NO.**
**SEA CENTRAL SHIPPING CORP.**     *
      *     **ADMIRALTY**
    *Defendant*      *     Pursuant to Rule 9(h) of the
      *     Federal Rules of Civil Procedure
      *

* * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR BREACH OF CONTRACT

The plaintiff, Caytrans BBC, LLC ("Caytrans"), files this *Complaint* and respectfully represents as follows:

## I. JURISDICTION AND VENUE

1.      This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. §1333, Fed. R. Civ. P. 9(h).

2.      Venue is proper in this district because the governing contract of affreightment provides that any dispute arising under or in connection with its terms and conditions "shall be subject to the exclusive jurisdiction of the United States District Court for the Eastern District of Louisiana." *See* Caytrans Terms and Conditions, attached hereto as Exhibit A.

## II. PARTIES

3.      Caytrans is a company organized and existing under the laws of the State of Louisiana, with its principal place of business in Metairie, Louisiana, and which was at all relevant times (and is) engaged in the business of operating vessels for the carriage of goods by sea.  Specific to this action, Caytrans operated the M/V BBC SWEDEN.

4.     The defendant, Sea Central Shipping Corp. ("Sea Central"), is, upon information and belief, a company organized and existing under the laws of the State of Florida, with its principal place of business located at 1302 N 19th Street, Suite 175 Tampa, Florida, 33605.  Sea Central was at all relevant times the merchant under the applicable contract of carriage.  Specific to this action, Sea Central was the merchant for a shipment of five pieces of break bulk cargo totaling 784 cubic meters (the "Cargo").

### III.  FACTUAL BACKGROUND

5.     On or about March 3, 2015, Caytrans and Sea Central entered into a booking for the Cargo on the M/V BBC SWEDEN from Veracruz, Mexico, to Guanta, Venezuela.  *See* Exhibit B, attached hereto.

6.     The parties agreed to a detention rate of US $7,500.00 per day pro rata.  *Id*.  The cargo was fixed on liner terms, hook/hook, as fast as the vessel could load or discharge.  Special Clause A of the contract provides detention for, among other things, port congestion.  *See* Exhibit A.

7.     According to the Statement of Facts, attached hereto as Exhibit C, the BBC SWEDEN arrived in Guanta, Venezuela, on April 17, 2015, at 0630 local time.  *See* Exhibit C.

8.     A valid Notice of Readiness was tendered at 0700 local time.  *See* Exhibit D.  Due to port congestion, however, the vessel was unable to discharge and was delayed from April 17, 2015, at 0700, until April 23, 2015, at 1435, for a total of 6.316 days.  *Id*.

9.     On April 24, 2015, Caytrans submitted a prorated invoice to Sea Central for detention in the amount of US $28,554.64.  *See* Exhibit E.  Under the terms of the contract, Caytrans was not required to provide a prorated detention rate based on the volume of the cargo,

but the invoice nevertheless amounted to a discount on the full amount contractually due (the contractual amount due is US $47,370.00).

10.     Despite several time extensions for payment of the outstanding balance, Sea Central has continuously failed to satisfy its payment obligations under the contract.  Throughout the associated negotiations, however, Sea Central has repeatedly accepted responsibility and admitted liability for the a significant portion of the outstanding balance.  *See, e.g.*, Exhibit F, correspondence from Javier Sarabia of Sea Central to Luz Ramirez of Caytrans dated February 2, 2016.  Sea Central most recently refused to satisfy its contractual obligations following a demand letter from Caytran's dated September 26, 2016.  *See* Exhibit G.

## IV.  CAUSES OF ACTION

11.     Caytrans incorporates and reasserts the allegations contained in Paragraphs 1 through 10 as if fully set forth herein, and further alleges both in addition and in the alternative as follows:

12.     Caytrans and Sea Central had a valid and enforceable agreement for the shipment of the Cargo.

13.     Caytrans performed pursuant to the agreed terms and conditions.

14.     The BBC SWEDEN was delayed due to port congestion in Guanta, Venezuela, for 6.316 days, and the contract between the parties provides that detention is owed for time lost due to port congestion.

15.     Sea Central has failed to satisfy its contractual obligations for detention totaling US $47,370.00.

16.     As of this date, Caytrans has not been paid and the US $47,370.00 detention balance in favor of Caytrans against Sea Central's account remains outstanding.

## V. **DAMAGES**

17.     Caytrans incorporates and reasserts the allegations contained in Paragraphs 1 through 16 as if fully set forth herein and further alleges both in addition and in the alternative as follows:

18.     Sea Central's contractual breach entitles Caytrans to US $47,370.00 in damages, plus accrued interest per Caytrans' Terms and Conditions.  *See* Exhibit A.

## VI. **PRAYER**

19.     Caytrans prays that Sea Central appear and answer this pleading, and that after all legal delays and proceedings had, this Court finds in favor of Caytrans for Sea Central's contractual breach and detention obligation, reasonable and necessary attorneys' fees, pre-judgment interest until the date of the judgment, post-judgment interest as allowed by law, all Court costs, and all other relief to which Caytrans shows itself justly entitled.

Respectfully submitted,

*/s/ Frederick W. Swaim III*
Jason P. Waguespack (#211231)
Frederick W. Swaim III (#28242)
Alexander L. Williams (#36085)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Telecopier:  (504) 525-2456
E-mails:  jwaguespack@gallowaylawfirm.com
              fswaim@gallowaylawfirm.com
              awilliams@gallowaylawfirm.com
**Attorneys for Caytrans BBC, LLC**