UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAYTRANS BBC, LLC** | * |
| | *   **JUDGE MILAZZO** |
| *Plaintiff* | * |
| | *   **MAG. JUDGE NORTH** |
| **VERSUS** | * |
| | *   **CIVIL ACTION NO. 17-02308** |
| **SEA CENTRAL SHIPPING CORP.** | * |
| | *   **ADMIRALTY** |
| *Defendant* | *   Pursuant to Rule 9(h) of the |
| | *   Federal Rules of Civil Procedure |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

CONSIDERING the foregoing Motion for Default Judgment and the affidavit in support thereof filed on behalf of Caytrans, BBC, LLC (Rec. Doc. 13);

**IT IS ORDERED, ADJUDGED AND DECREED** that **DEFAULT JUDGMENT** be **ENTERED** against Sea Central Shipping Corp.; and that Caytrans BBC, LLC is entitled to recover $47,370.00 from Sea Central Shipping Corp.

**IT IS FURTHER ORDERED** that Caytrans BBC, LLC's previously filed Motion for Default Judgment (Rec. Doc. 11) is rendered **MOOT**.

New Orleans, Louisiana, this 27th day of June, 2017.

                                          **WILLIAM W. BLEVINS, CLERK OF COURT**
                                          **Issued by:**

                                          *Erin Mouledous*
                                          Erin Mouledous, Deputy Clerk